Nathan W. Condict, Respondent, v. Onward Construction Company and William E. D. Stokes, Appellants.— Judgment and order affirmed, with costs. No opinion.

Werner Schelling, Respondent, v. Western Electric Company, Appellant. — Order affirmed, with costs. No opinion.

George Becker, Respondent, v. Bernard Ratkowsky, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham, P. J., dissenting.)

Adrian H. Joline and Douglas Robinson, as Receivers of Metropolitan Street Railway Company, Appellants, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

Emanuel Fellman, Appellant, v. Edwin Outwater, Respondent.— Judgment affirmed, with costs. No opinion.

Max Fleishman, an Infant, by Benjamin Fleishman, His Guardian ad Litem, Appellant, v. Henry W. Palmer and Others, Doing Business as Todd & Company, Respondents.— Order modified by striking out the items of particulars required to be given, numbered from 4 to 9, inclusive, and as modified affirmed, without costs. No opinion. Order to be settled on notice.

The People of the State of New York ex rel. Frederick B. Faiteute, Respondent, v. James Creelman and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motions denied, with fifty dollars costs. (See opinion in *People ex rel. Holleran* v. *Creelman, ante,* p. 121.)

Emma Kempner, Individually and as Executrix, etc., of Pedro Benjamin Barrenechea, Deceased, Appellant, v. Leopold Barrenechea, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Frederick L. Taylor and Jane E. Taylor, Appellants, v. B. Crystal & Son, Respondent (4 cases).— Orders affirmed, with ten dollars costs and disbursements. No opinions.

Union Waxed and Parchment Paper Company, Respondent, v. Frank J. Gardner, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward V. Strodl, Appellant, v. The Farish-Stafford Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward V. Strodl, Appellant, v. The Farish-Stafford Company, Respondent.— Motion dismissed.

Bystrom Realty and Construction Company, Respondent, v. American Pipe and Construction Company and Others, Impleaded with Mack Paving and Construction Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Margaret Roche, Respondent, v. John Gerken, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Petition of Sarah G. Fuller and Mary E. Halley, Appellants, for a Reduction of an Assessment for Paving Crotona Avenue